UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY C. JONES, | CASE NO. 1:16CV2892 |
| Petitioner, | JUDGE JOHN R. ADAMS |
| v. | |
| | **ORDER AND DECISION** |
| JAMES HAVILAND, Warden, | |
| Respondent. | |

This matter is before the Court pursuant to the Petition of Gregory C. Jones ("Jones" or "Petitioner") for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254. Magistrate Judge Jonathan D. Greenburg issued a Report and Recommendation ("R&R") in this matter on June 20, 2018. (Doc. 13.) The Court has examined the R&R, and finds it to be well-reasoned and thorough. Upon due consideration, and no objections having been filed by the parties, the Court adopts the R&R and conclusions of the Magistrate Judge and incorporates them herein. Therefore, it is ordered that petition is hereby DENIED in its entirety.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

DATE: 9/27/2018

*s/John R. Adams*
Judge John R. Adams
UNITED STATES DISTRICT COURT